AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF   NEVADA

DAVID WILCOX,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:10-cv-00058-RCJ-VPC**

SENIOR CORRECTIONAL OFFICER
ORRILLO, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is DISMISSED.


 August 6, 2010                  **LANCE S. WILSON**
      Clerk


      /s/ Katie Lynn Ogden
      Deputy Clerk